# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

E-filing

SUMMONS IN A CIVIL CASE

CASE NUMBER:

V.

JOHN MUIR HEALTH

TO: (Name and address of defendant)

J. KENDALL ANDERSON, REGISTERED AGENT
1400 TREAT BOULEVARD
WALNUT CREEK, CA 94597

BZ

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

MARCIA L. MITCHELL
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
350 THE EMBARCADERO, SUITE 500
SAN FRANCISCO, CA 94105
(415) 625-5651

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE_____

MARY ANN BUCKLEY
(BY) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other *(specify)*:

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
               Date                                                          Signature of Server

                                                                                  _____
                                                                         • Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure