| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| US EEOC\SF DISTRICT OFFICE<br>350 THE EMBARCADERO, SUITE 500<br>SAN FRANCISCO, CA 94105-1260 | (415) 625-5600 | |
| ATTORNEY FOR (NAME)   U.S. EEOC | REFERENCE NUMBER<br>0G955175-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT

SHORT NAME OF CASE
U.S. EEOC vs. JOHN MUIR HEALTH

| PROOF OF SERVICE | HEARING DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV082634BZ |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
SEE ATTACHED LIST OF DOCUMENTS;

**Name:** JOHN MUIR HEALTH

**Person Served:** HALA HELM
**Title:** LEGAL SERVICES CLERK

**Date of Delivery:** 06/03/08
**Time of Delivery:** 03:02 pm

**Place of Service:** 1400 TREAT BLVD.
WALNUT CREEK, CA 94597     (Business)

**Physical Description:**
| AGE: | 35 | HAIR: | RED/BRN | HEIGHT: | 5'3" | RACE: | WHITE |
| SEX: | FEMALE | EYES: | BRN | WEIGHT: | 120 | | |

**Manner of Service:** Personal Service - By Personally Delivering Copies.

**In Compliance With:** [X] Federal Rules of Civil Procedure
[ ] California Code of Civil Procedure

**Fee for service:** $ 79.88

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

[X] Registered: ALAMEDA County,
Number: 949

Attorney's Diversified Services
2421 Mendocino Avenue, #200A
SANTA ROSA, CA 95403
(707) 545-5455

Client File # U.S. EEOC V. JOHN MUIR HEALTH
PROOF OF SERVICE

30B/0G955175-01

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed
on: June 5, 2008
at: Oakland, CA 94610, California.

Signature: [signature]
Name: MICHAEL CORTEZ
Title: REGISTERED PROCESS SERVER

# U.S. EOC V. JOHN MUIR HEALTH
## CASE #CV082634BZ

### LIST OF DOCUMENTS

- SUMMONS IN A CIVIL CASE
- COMPLAINT
- CIVIL COVER SHEET
- U.S. DISTRICT COURT –NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL
- CONSENT TO PROCEED BEFORE A UNITED STAES MAGISTRATE JUDGE
- DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE
- ECF REGISTRATION INFORMATION HANDOUT
- WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO OFFICE HOURS
- DROP BOX FILING PROCEDURES
- ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES
- STANDING ORDERS
- STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA; CONTENTS OF JOINT CASE MANAGEMENT STATEMENT

G955175