**WILLIAM R. TAMAYO, SBN 084965**
**JONATHAN T. PECK, #12303 (VA)**
**MARCIA L. MITCHELL #18122 (WA)**
**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**San Francisco District Office**
**350 The Embarcadero, Suite 500**
**San Francisco, CA 94105-1260**
**Telephone No. (415) 625-5651**
**Fax No. (415) 625-5657**
**Marcia.Mitchell@eeoc.gov**

**Attorneys for Plaintiff**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>    Plaintiff,<br>    v.<br><br>**JOHN MUIR HEALTH,**<br><br>    **Defendant.** | **CIVIL ACTION NO. 08-02634 BZ**<br><br>**NOTICE OF UNAVAILABILITY OF COUNSEL FOR PLAINTIFF EEOC** |

PLEASE TAKE NOTICE that Marcia Mitchell, attorney for Plaintiff, Equal Employment Opportunity Commission, will be out of the office and unavailable from June 30, 2008 through August 1, 2008. She will return to the office on August 4, 2008. All parties and their counsel are requested not to take any action in this case which may disrupt or take unfair advantage of such unavailability, including but not limited to service of pleadings requiring a response or noticing depositions.

Dated:   June 17, 2008

  /S/ Marcia L. Mitchell
MARCIA L. MITCHELL
Senior Trial Attorney