**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE 714-668-2436
FACSIMILE 714-668-2490

David M. Lester (State Bar No. 119966)
 d.lester@mpglaw.com
Adam L. Johnson (State Bar No. 167067)
 a.johnson@mpglaw.com

Attorneys for John Muir Health

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN MUIR HEALTH,<br><br>Defendant. | Case No. 3:08-cv-02634-BZ<br><br>Complaint Filed: May 27, 2008<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY DEFENDANT JOHN MUIR HEALTH** |

Defendant John Muir Health ("John Muir"), through its undersigned counsel, hereby submits the following statement:

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: June 20, 2008        MUSICK, PEELER & GARRETT LLP

By:  /s/ Adam L. Johnson
    Adam L. Johnson
    Attorneys for John Muir Health

592901.1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY DEFENDANT JOHN MUIR HEALTH

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA
COUNTY OF ORANGE

     I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within entitled action; my business address is 650 Town Center Drive, Suite 1200, Costa Mesa, California 92626-1925.

     On June 20, 2008, I served the foregoing document(s) described as **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY DEFENDANT JOHN MUIR HEALTH** on the interested parties in this action as follows:

**See Attached List**

☐   **OF PERSONAL DELIVERY.** I delivered such envelope by hand to the offices of the addressee.

☐   **OF MAIL.** I caused such envelope with postage thereon fully prepaid to be placed in the U.S. Mail at Costa Mesa, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐   **OF FACSIMILE TRANSMISSION.** I caused such document to be transmitted to the addressee(s) facsimile number(s) noted herein. I caused the machine to print a transmission record of the transmission. No errors were reported.

☐   **OF FEDERAL EXPRESS.** I caused such envelope to the deposited at the Federal Express office at Costa Mesa, California for guaranteed one/two day delivery with delivery charges prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for delivery by Federal Express delivery service. Under that practice, it would be deposited with the delivery service on that same day with delivery charges thereon fully prepaid at Costa Mesa, California in the ordinary course of business for delivery to the addressee.

☒   **OF ECF.** I caused such documents to be e-filed with the Court which were then served via the ECF filing system.

☐   **OF EMAIL.** I emailed such documents to the addressees at their email addresses on the attached list.

Executed on June 20, 2008, at Costa Mesa, California.

☒   (**Federal**) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                            _/s/ Karen S. Reisner_
                                            Karen S. Reisner

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW

592901.1
2
**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY DEFENDANT JOHN MUIR HEALTH**

**SERVICE LIST**

William R. Tamayo
Jonathan T. Peck
Marcia L. Mitchell
United States EEOC
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
william.tamayo@eeoc.gov
jonathan.peck@eeoc.gov
maria.mitchell@eeoc.gov

MUSICK, PEELER
& GARRETT LLP

ATTORNEYS AT LAW

592901.1

3

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY DEFENDANT JOHN MUIR HEALTH**