**WILLIAM R. TAMAYO, SBN 084965**
**JONATHAN T. PECK, #12303 (VA)**
**MARCIA L. MITCHELL #18122 (WA)**
**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**San Francisco District Office**
**350 The Embarcadero, Suite 500**
**San Francisco, CA 94105-1260**
**Telephone No. (415) 625-5651**
**Fax No. (415) 625-5657**
**Marcia.Mitchell@eeoc.gov**

**Attorneys for Plaintiff**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>　　　　Plaintiff,<br>　　v.<br><br>**JOHN MUIR HEALTH,**<br><br>　　　　Defendant. | **CIVIL ACTION NO. 08-02634 PJH**<br><br>**STIPULATION AND [P~~ROPOSED~~] ORDER ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** |

　　　　WHEREAS, Plaintiff, Equal Employment Opportunity Commission ("Plaintiff"), intends to file a First Amended Complaint, a copy of which is appended hereto as Exhibit 1, to add a claim that Defendant violated the confidentiality provisions of the Americans with Disabilities Act with respect to Charging Party, Robin Russell.  The EEOC represented at the September 11, 2008 case management conference that this claim was inadvertently omitted from its initial Complaint. The only amendment to the complaint is the addition of the confidentiality claim regarding Ms. Russell;

　　　　WHEREAS, Defendant does not object to the filing of the First Amended Complaint but reserves the right to challenge the allegations by way of appropriate motion or motions, and/or at trial;

　　　　THEREFORE, the parties herby stipulate and agree, and request that the court order, that:

1. Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiff may file the First Amended Complaint appended hereto as Exhibit 1;

2. The First Amended Complaint is deemed filed and served as of the date of this Order;

3. Defendant shall have 10 (ten) days to file and serve an Answer.

The parties hereby stipulate, and request that the Court so order.

Dated: July 24, 2009          EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

By: /s/ Marcia L. Mitchell
MARCIA L. MITCHELL
Attorney for Plaintiff
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Dated: July 24, 2009          MUSICK, PEELER & GARRETT, LLP

By: /s/ Adam L. Johnson
DAVID M. LESTER
ADAM L. JOHNSON
Attorneys for Defendant
JOHN MUIR HEALTH

E-filing concurrence: I, Marcia L. Mitchell, attorney for Plaintiff EEOC, attest that I have obtained the concurrence of Adam Johnson and David Lester, attorneys for defendant John Muir Health, for the filing of the instant pleading.

Dated:   July 24, 2009

 /S/ Marcia L. Mitchell
MARCIA L. MITCHELL
Senior Trial Attorney

### [~~PROPOSED~~] ORDER

Pursuant to the Stipulation, it is so ORDERED.

Dated: 7/29/09

Honorable Phyllis J. Hamilton
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton