**WILLIAM R. TAMAYO, #084965**
**JONATHAN T. PECK, #12303 (VA)**
**MARCIA L. MITCHELL #18122 (WA)**
**LINDA S. ORDONIO-DIXON, #172830**
**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone No. (415) 625-5651
Fax No. (415) 625-5657

**Attorneys for Plaintiff**


**DAVID M. LESTER, #119966**
**ADAM L. JOHNSON, #167067**
**MUSICK, PEELER & GARRETT LLP**
650 Town Center Drive, Suite 1200
Costa Mesa, CA   92626-1925
Telephone No. (714) 668-2436
Fax No. (714) 668-2490

**Attorneys for John Muir Health**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>            Plaintiff,<br>     v.<br><br>**JOHN MUIR HEALTH,**<br><br>            Defendant. | **CIVIL ACTION NO. 08-02634 PJH**<br><br>**[~~PROPOSED~~] REVISED CASE MANAGEMENT AND PRETRIAL ORDER** |

Pursuant to the Court's direction, Plaintiff Equal Employment Opportunity Commission and Defendant John Muir Health propose the following case scheduling deadlines for the Court's approval.

//

1

2   TRIAL DATE:        Monday, **May 2, 2011, at 8:30 a.m.**, Courtroom 3, 3rd Flr, Oakland.
                      JURY [x] COURT [ ]
3
    TRIAL LENGTH:      No more than 12 days.
4
    PRETRIAL CONFERENCE DATE:       **March 3̶ 31, 2011 at 2:00 p.m.**
5

6   DISPOSITIVE MOTIONS (Only one summary judgment motion per party is permitted without leave of court) TO BE HEARD BY:   **January 19, 2011**.

7   NON-EXPERT DISCOVERY CUTOFF:    **July 30, 2010.**

8   DISCLOSURE OF EXPERTS (retained and non-retained): **September 3, 2010**.

9   REBUTTAL: **October 1, 2010**.

10  EXPERT DISCOVERY CUTOFF: **November 5, 2010.**

11

12

13  DATED:    December 23, 2009           BY:   s/Linda Ordonio-Dixon

14                                              LINDA S. ORDONIO-DIXON
                                                Attorney for Plaintiff EEOC
15

16
    DATED:    December 23, 2009           BY:   s/Adam Johnson
17
                                                ADAM JOHNSON
18                                              Attorney for Defendant John Muir Health

19

20

21
            IT IS SO ORDERED.            _____
22
                                         *IT IS SO ORDERED*
23              1/7/10                   /s/ Judge Phyllis J. Hamilton
                                         United States District Court
24                                       Northern District of California

25

26

27

28

**[Proposed] ORDER**                     2.
**Civ. No. 08-02634 PJH**