**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

EEOC,

        Plaintiff,

   v.

JOHN MUIR HEALTH,

        Defendant.
_____/

No. C 08-02634 (PJH) LB

**ORDER RE JOINT DISCOVERY LETTER**

On June 25, 2010, the parties in this matter filed a joint letter indicating that they have reached a tentative resolution of their dispute concerning Plaintiff's request to compel Defendant's responses to interrogatories. (Dkt. #39.) Specifically, the parties have agreed to the following procedure: (1) Defendant will serve its responses to Plaintiff's interrogatories on June 25, 2010; (2) Plaintiff will conduct a follow-up deposition on July 21, 2010; (3) Plaintiff will serve any follow-up discovery within one week after the deposition; and (4) Defendant will serve its responses two weeks after service of the follow-up discovery.

As the parties acknowledge, while the foregoing procedure resolves their discovery dispute, it requires an extension of the July 30, 2010 non-expert discovery deadline. (*See* Dkt. #35 at 2.) Accordingly, the parties request that this Court suspend the discovery deadline as to this limited discovery. Because this request involves amending deadlines set by the presiding judge in this

C 08-02634 PJH (LB)
Order Re Joint Discovery Letter

matter as part of the general management of this case, the Court directs the parties to re-submit their request, along with a proposed order, to Judge Hamilton for her consideration.

**IT IS SO ORDERED.**

Dated: June 25, 2010

_____
LAUREL BEELER
United States Magistrate Judge