**WILLIAM R. TAMAYO, #084965**
**JONATHAN T. PECK, #12303 (VA)**
**MARCIA L. MITCHELL #18122 (WA)**
**LINDA S. ORDONIO-DIXON, #172830**
**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**San Francisco District Office**
**350 The Embarcadero, Suite 500**
**San Francisco, CA 94105-1260**
**Telephone No. (415) 625-5651**
**Fax No. (415) 625-5657**

**Attorneys for Plaintiff**


**DAVID M. LESTER, #119966**
**ADAM L. JOHNSON, #167067**
**MUSICK, PEELER & GARRETT LLP**
**650 Town Center Drive, Suite 1200**
**Costa Mesa, CA 92626-1925**
**Telephone No. (714) 668-2436**
**Fax No. (714) 668-2490**

**Attorneys for John Muir Health**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | **CIVIL ACTION NO. 08-02634 PJH** |
| Plaintiff, | **[PROPOSED] ORDER EXTENDING DISCOVERY FOR LIMITED PURPOSE** |
| v. | |
| **JOHN MUIR HEALTH,** | |
| Defendant. | |

This matter comes before the Court based on the June 25, 2010, Order of Magistrate Judge Beeler. Plaintiff Equal Employment Opportunity Commission and Defendant John Muir Health requested a short extension of the discovery deadline in this case in order to address a discovery dispute. The parties' request is hereby granted, as set forth below:

**[Proposed] ORDER**
**Civ. No. 08-02634 PJH**

(1) Defendant served the interrogatory responses which are the subject of the instant discovery dispute on June 25, 2010;

(2) Plaintiff will conduct a follow-up deposition regarding these responses on July 21, 2010;

(3) Plaintiff will serve any further reasonable follow-up discovery concerning the deposition topics within one week after the deposition; and,

(4) Defendant will serve its responses to such discovery within two weeks after service of the follow-up discovery.

7/26/10

IT IS SO ORDERED.



**[Proposed] ORDER**
**Civ. No. 08-02634 PJH**

2.