UNITED STATES DISTRICT COURT
For the Northern District of California

1
2
3
4
5
6
7
8

# UNITED STATES  DISTRICT COURT

9

## Northern District of California

10

Oakland Division

11 | EEOC,                                         No. C 08-02634 PJH (LB)

12 |             Plaintiff,           **ORDER RE JULY 30, 2010 JOINT
    |     v.                          LETTER [ECF No. 43]**
13 |
    | JOHN MUIR HEALTH,
14 |
    |             Defendant.
15 | _____/

16      On July 30, 2010, the parties filed a joint discovery letter regarding Defendant John Muir

17 Health's responses to Plaintiff's requests for production.  ECF No. 43.  In the letter, Defendant

18 contends that Plaintiff did not provide it sufficient time to draft a response to Plaintiff's arguments

19 for incorporation into the joint letter.  To ensure that the dispute is fully briefed for the Court's

20 consideration, the Court **ORDERS** the parties to confer and submit a revised joint letter no later than

21 August 11, 2010.

22      **IT IS SO ORDERED.**

23 Dated: August 4, 2010

24                                        _____
                                          LAUREL BEELER
25                                        United States Magistrate Judge

26
27
28

C 08-02634