**WILLIAM R. TAMAYO, #084965**
**JONATHAN T. PECK, #12303 (VA)**
**MARCIA L. MITCHELL #18122 (WA)**
**LINDA S. ORDONIO DIXON #172830**
**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA 94105-1260
Telephone No. (415) 625-5651
Fax No. (415) 625-5657

Attorneys for Plaintiff

**DAVID M. LESTER #119966**
**ADAM L. JOHNSON #167067**
**MUSICK, PEELER & GARRETT LLP**
650 Town Center Drive, Suite 1200
Costa Mesa, CA 92626-1925
Telephone No. (714) 668-2423
Fax No. (714) 668-2490

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>  Plaintiff,<br>  v.<br><br>**JOHN MUIR HEALTH,**<br><br>  Defendant. | **CIVIL ACTION NO. 08-02634 PJH**<br><br>**JOINT NOTICE OF SETTLEMENT; REQUEST TO FILE SETTLEMENT DOCUMENTS WITHIN 15 DAYS; AND [P~~ROPOSED~~] ORDER** |

//
//
//
//
//
//
//

NOTICE OF SETTLEMENT/
[PROPOSED] ORDER
CIV. 08-02634 PJH

**To THE COURT AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE THAT** on February 24, 2011, the parties hereto reached an agreement to resolve this action in its entirety.

Documents are being prepared to finalize the settlement and the parties shall file such documents within fifteen (15) days of this notice.

The parties respectfully request that the Court vacate all case deadlines and pending motions and allow the parties fifteen (15) days to complete and file the documents effecting settlement.

Dated: February 25, 2011        EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

                                By:   /s/ Linda S. Ordonio Dixon
                                      MARCIA L. MITCHELL
                                      LINDA S. ORDONIO –DIXON
                                      Attorney for Plaintiff
                                      EQUAL EMPLOYMENT OPPORTUNITY
                                      COMMISSION

Dated: February 25, 2011        MUSICK, PEELER & GARRETT, LLP

                                By:   /s/ Adam L. Johnson
                                      DAVID M. LESTER
                                      ADAM L. JOHNSON
                                      Attorneys for Defendant
                                      JOHN MUIR HEALTH

E-filing concurrence:  I, Linda S. Ordonio-Dixon, attorney for Plaintiff EEOC, attest that I have obtained the concurrence of Adam Johnson and David Lester, attorneys for defendant John Muir Health, for the filing of the instant pleading.

Dated: February 25, 2011

  /s/ Linda S. Ordonio-Dixon
LINDA S. ORDONIO-DIXON
Senior Trial Attorney

**NOTICE OF SETTLEMENT/**              2.
**[PROPOSED] ORDER**
**CIV. 08-02634 PJH**

**It is so ORDERED.**

3/2/11



**Phyllis J. Hamilton**
**U.S. District Judge**